Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

**26SL-CC02446**

EXHIBIT
**A**

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| SARRAH WEAVER, | ) | |
| | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| MICHAEL LORAN JENSEN, | ) | **JURY TRIAL DEMANDED** |
| **Serve: MO 740 Greenway Manor Dr.,** | ) | |
| **Florissant, MO 63031** | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| CHURCH OF JESUS CHRIST OF | ) | |
| LATTER DAY SAINTS | ) | |
| **Serve:  CSC Lawyers Incorporating** | ) | |
| **221 Bolivar St.,** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| *Defendants,* | ) | |

**PLAINTIFFS' PETITION FOR DAMAGES**

COMES NOW, Plaintiff Sarah Weaver by and through undersigned counsel, and for their

Petition for Damages against Defendants Michael Loran Jenson and Church of Jesus Christ of Latter-

Day Saints., state as follows to the Court:

**ALLEGATIONS COMMON TO ALL COUNTS**

1. Plaintiff Sarrah Weaver (hereinafter, "Plaintiff") is a resident of the State of Missouri.

2. Defendant Michael Loran Jenson (hereinafter "Defendant Jenson") is a resident of the State of

   Missouri.

3. At all relevant times herein, Defendant Chur of Jesus Christ of Latter-Day Saints. (hereinafter

   "Defendant LDS"), was and is a Missouri corporation incorporated under the laws of this

   State, in good standing, with a registered agent for receipt of service at 221 Bolivar St.,

   Jefferson City, MO 65101.

EXHIBIT
**A**

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

4. At all times relevant herein, Defendant Jenson was an employee, agent, and/or servant of Defendant LDS, and was driving for the benefit of and within the scope of his agency with Defendant LDS.

5. On or about February 6, 2023, Plaintiff was the lawful owner and operator of a Kia SPT, traveling northbound on US 67, at or near its intersection with Interstate 270.

6. On or about that same date and time, Defendant Jenson was operating a 2022 Nissan Rogue, owned by Defendant LDS, in a eastbound direction on Interstate 270, at or near its intersection with US 67.

7. The intersection of US 67 and Interstate 270 is a public thoroughfare of the County of St. Louis, State of Missouri.

8. At the above-mentioned time and place, Defendant Jenson proceeded eastbound through the aforementioned intersection before it was safe to do so, striking Plaintiff vehicle, and, in turn, causing her injury and damage.

## COUNT I -NEGLIGENCE
### (*Plaintiff v. Defendant Jenson*)

COMES NOW, Plaintiff Sarrah Weaver, by and through undersigned counsel, and for Count I of her Petition for Damages against Defendants Michael Loran Jenson and Church of Jesus Christ of Latter-Day Saints, states as follows to the Court:

9. Plaintiff restates and reincorporates by reference paragraphs 1-8 above as if fully set forth herein.

10. At the above-mentioned time and place, Defendant Jenson, as the operator of a motor vehicle, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

   a. Defendant failed to maintain control of his vehicle;

   b. Defendant failed to keep a careful lookout;

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

c. Defendant failed to operate his vehicle in a careful and prudent manner thus violating RSMo. §304.012 and was thereby negligent *per se;*

d. Defendant failed to yield to the right-of-way;

e. Defendant failed to stop, slow, or slacken his speed, swerve to avoid colliding with Plaintiff's vehicle, when he knew or should have known of the danger of collision;

f. Defendant failed to obey his traffic signal;

g. Defendant engaged in distracted driving;

h. Defendant operated his vehicle in such a way as to cause an unreasonable danger and risk of harm to other drivers on the roadway; and

i. Defendant struck the vehicle operated by Plaintiff.

11. As a direct and proximate result of Defendant Jenson's negligence and recklessness as detailed above, Plaintiff was seriously injured and damaged; Plaintiff sustained injuries to her neck, back, and right knee; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor, and enjoy life has and will be impaired, all to her detriment and damage; Plaintiff will incur treatment expenses in the future.

**WHEREFORE,** Plaintiff Sarrah Weaver respectfully prays for judgment against Defendant Michael Loran Jenson in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus interest, costs, attorney's fees and for such other orders as this Court deem just under the circumstances.

**COUNT II - NEGLIGENCE *PER SE* § 304.281.1**
(*Plaintiff v. Defendant Jenson*)

COMES NOW, Plaintiff Sarrah Weaver, by and through undersigned counsel, and for Count II of her Petition for Damages against Defendants Michael Loran Jenson and Church of Jesus Christ of Latter-Day Saints, states as follows to the Court:

12. Plaintiff restates and incorporates by referenced the allegations contained in paragraphs 1-11 as if fully set forth herein.

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

13. The above-described collision was caused by the *per se* negligence of Defendant Jenson as follows:

   a. RSMo. §304.281.1(3) states, "Vehicular traffic facing a steady red signal alone shall stop before entering the crosswalk on the near side of the intersection at a clearly marked stop line but, if none, then before entering the intersection and shall remain standing until an indication to proceed is shown."

   b. Plaintiff was within the class of persons intended to be protected by RSMo. §304.281.1(3);

   c. Plaintiff injuries are of the nature that RSMo. §304.281.1(3) was designed to prevent;

   d. Defendant faced a steady red signal and failed to stop before entering the intersection and remain standing until an indication to proceed was shown, and therefore violated RSMo. §304.281.1(3); and

   e. Defendant's violation of RSMo. §304.281.1(3) proximately caused Plaintiff's injuries and Defendant was thereby negligent *per se.*

14. As a direct and proximate result of Defendant Jenson's negligence and recklessness as detailed above, Plaintiff was seriously injured and damaged; Plaintiff sustained injuries to her neck, back, and right knee; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor, and enjoy life has and will be impaired, all to her detriment and damage; Plaintiff will incur treatment expenses in the future.

15. **WHEREFORE,** Plaintiff Sarrah Weaver respectfully prays for judgment against Defendant Michael Loran Jenson in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus interest, costs, attorney's fees and for such other orders as this Court deem just under the circumstances.

### COUNT III – NEGLIGENCE
(*Plaintiff v. Defendant LDS*)

COMES NOW, Plaintiff Sarrah Weaver, by and through undersigned counsel, and for Count III of her Petition for Damages against Defendants Michael Loran Jenson and Church of Jesus Christ of Latter-Day Saints, states as follows to the Court:

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

16. Plaintiff restates and reincorporates by reference paragraphs 1-15 above as if fully set forth herein.

17. At the above-mentioned time and place, Defendant LDS, as the operator of a motor vehicle, by and through its employee, agent, and/or servant Defendant Jenson, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

   a. Defendant, by and through its employee, agent and/or servant, failed to maintain control of its vehicle;

   b. Defendant, by and through its employee, agent and/or servant, failed to keep a careful lookout;

   c. Defendant, by and through its employee, agent and/or servant, failed to operate its vehicle in a careful and prudent manner thus violating RSMo. §304.012 and was thereby negligent *per se;*

   d. Defendant, by and through its employee, agent and/or servant, failed to yield to the right-of-way;

   e. Defendant, by and through its employee, agent and/or servant, failed to stop, slow, or slacken his speed, swerve to avoid colliding with Plaintiff's vehicle, when it knew or should have known of the danger of collision;

   f. Defendant, by and through its employee, agent, and/or servant, engaged in distracted driving;

   g. Defendant, by and through its employee, agent and/or servant, operated its vehicle in such a way as to cause an unreasonable danger and risk of harm to other drivers on the roadway; and

   h. Defendant, by and through its employee, agent and/or servant, struck the vehicle operated by Plaintiff.

18. As a direct and proximate result of Defendant LDS's negligence and recklessness as detailed above, Plaintiff was seriously injured and damaged; Plaintiff sustained injuries to her neck, back, and right knee; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor, and enjoy life has and will be impaired, all to her detriment and damage; Plaintiff will incur treatment expenses in the future.

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

**WHEREFORE,** Plaintiff Sarrah Weaver respectfully prays for judgment against Defendant LDS in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus interest, costs, attorney's fees and for such other orders as this Court deem just under the circumstances.

### COUNT IV - NEGLIGENCE *PER SE* § 304.281.1
(*Plaintiff v. Defendant LDS*)

COMES NOW, Plaintiff Sarrah Weaver, by and through undersigned counsel, and for Count III of her Petition for Damages against Defendants Michael Loran Jenson and Church of Jesus Christ of Latter-Day Saints, states as follows to the Court:

19. Plaintiff restates and incorporates by referenced the allegations contained in paragraphs 1-18 as if fully set forth herein.

20. The above-described collision was caused by the *per se* negligence of Defendant LDS, by and through its employee, agent, and/or servant Defendant Jenson, as follows:

   a. RSMo. §304.281.1(3) states, "Vehicular traffic facing a steady red signal alone shall stop before entering the crosswalk on the near side of the intersection at a clearly marked stop line but, if none, then before entering the intersection and shall remain standing until an indication to proceed is shown."

   b. Plaintiff was within the class of persons intended to be protected by RSMo. §304.281.1(3);

   c. Plaintiff injuries are of the nature that RSMo. §304.281.1(3) was designed to prevent;

   d. Defendant, by and through its employee, agent, and or servant, faced a steady red signal and failed to stop before entering the intersection and remain standing until an indication to proceed was shown, and therefore violated RSMo. §304.281.1(3); and

   e. Defendant's violation of RSMo. §304.281.1(3), by and through its employee, agent, and/or servant proximately caused Plaintiff's injuries and Defendant was thereby negligent *per se.*

21. As a direct and proximate result of Defendant LDS's negligence and recklessness as detailed above, Plaintiff was seriously injured and damaged; Plaintiff sustained injuries to her neck, back, and right knee; Plaintiff required treatment and will require treatment in the future;

Electronically Filed - St Louis County - March 13, 2026 - 03:48 PM

Plaintiff's ability to work, labor, and enjoy life has and will be impaired, all to her detriment and damage; Plaintiff will incur treatment expenses in the future.

**WHEREFORE,** Plaintiff Sarrah Weaver respectfully prays for judgment against Defendant LDS in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus interest, costs, attorney's fees and for such other orders as this Court deem just under the circumstances.

**GOLDBLATT + SINGER, P.C.**

***/s/ Brandon Rahimi***
Brandon Pierce Rahimi #71290
brahimi@stlinjurylaw.com
8182 Maryland Avenue, Suite 801
St. Louis, MO 63105
(314) 231-4100 – Office
(314) 241-4078 – Fax
***ATTORNEYS FOR PLAINTIFF***