**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SARAH WEAVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No.  4:26-cv-00612** |
| | ) | |
| **MICHAEL LORAN JENSEN and** | ) | **JURY TRIAL DEMANDED** |
| **CHURCH OF JESUS CHRIST** | ) | |
| **OF LATTER-DAY SAINTS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT NOTICE AND REQUEST FOR SCHEDULING CONFERENCE

COME NOW Plaintiff Sarah Weaver and Defendants Michael Loran Jensen and Church of Jesus Christ of Latter-day Saints (collectively "the Parties") and for their response to this Court's order requesting notice of why Track 1 is not appropriate for this matter and states as follows:

The parties have discussed the discovery which will be required to adequately prepare this matter for trial, and both parties agree that the Track 2 standard is appropriate.  The Parties agree that the expedited discovery timeline of Track 1 will not be sufficient time to complete discovery in this matter.  At this time, four months for written discovery is not sufficient due to the anticipated discovery needed in this matter, including written discovery, depositions of all parties, including a corporate representative of the Church of Latter-day Saints, Defendant Jensen, and Plaintiff, as well as additional witnesses, and expert witness discovery and depositions.  The parties will require sufficient time to complete written discovery to obtain all records prior to determining what expert witnesses will be necessary in this matter.  Track 2 will provide sufficient time for all Parties to obtain the necessary written discovery to comply with expert discovery deadlines and to meaningfully work towards resolution of this matter.

For the above stated reasons, Defendants request that this case be assigned to Track 2 under Local Rule 5.01.

Respectfully Submitted,

| | |
|---|---|
| */s/* Brandon P. Rahimi | /s/ *Jonathan E. Benevides* |
| Brandon P. Rahimi    MO No. 71290 | Jonathan E. Benevides          MO No. 61594 |
| GOLDBLATT + SOMGER. P.C. | Samantha R. Patterson          MO No. 72958 |
| 8182 Maryland Ave., Suite 801 | BAKER STERCHI COWDEN & RICE, LLC |
| St. Louis, MO 63105 | 2400 Pershing Road, Suite 500 |
| (314) 231-4100 Telephone | Kansas City, MO 64108 |
| (314) 241-4078 Facsimile | Telephone: (816) 471-2121 |
| brahimi@stlinjurylaw.com | Facsimile: (816) 472-0288 |
| **ATTORNEYS FOR PLAINTIFF** | benevides@bakersterchi.com |
| | samantha.patterson@bakersterchi.com |
| | **ATTORNEYS FOR DEFENDANTS** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 24th day of July, 2026 and will automatically send notice of electronic filing to all counsel of record.

/s/ *Jonathan E. Benevides*

2